LOUISA ROBERTSON, Respondent, *v.* THE NEW HAMPSHIRE INSURANCE COMPANY of Manchester, Appellant.

SAME RESPONDENT *v.* THE INSURANCE COMPANY OF THE STATE OF PENN., Philadelphia, Appellant.

(Argued December 21, 1892; decided January 17, 1893.)

APPEALS from judgments of the General Term of the Superior Court of Buffalo, entered upon orders made the second Monday of October, 1891, which affirmed a judgment in favor of plaintiff in each of the above entitled actions, entered upon a verdict in the first, and upon a decision of the court on trial at Circuit in the second, and also affirmed an order denying a motion for a new trial in both of said actions.

*I. N. Ames* for appellants.

*Adelbert Moot* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____